# EXHIBIT A

| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, COLORADO**<br>**1437 BANNOCK STREET**<br>**DENVER, CO 80202** | DATE FILED: April 12, 2018 2:07 PM<br>FILING ID: 14D5287BF6537<br>CASE NUMBER: 2018CV31303 |
| **Plaintiff:     TODD CADWELL,**<br><br>**v.**<br><br>**Defendant:     AUTO-OWNERS INSURANCE COMPANY.** | **▲COURT USE ONLY ▲** |
| **Attorneys for Plaintiff**<br>**Jonathan S. Sar, No. 44355**<br>jsar@dalyblack.com<br>**Sean B. Leventhal, No. 42371**<br>sleventhal@dalyblack.com<br>**John Scott Black, No. 50440**<br>jblack@dalyblack.com<br>ecfs@dalyblack.com<br>**Daly & Black, P.C.**<br>**2211 Norfolk Street, Suite 800**<br>**Houston, TX 77098**<br>**Phone Number:    (713) 655-1405**<br>**Fax Number:        (713) 655-1587** | **Case Number:**<br><br>**Division:**<br><br>**Courtroom:** |
| **ORIGINAL COMPLAINT AND JURY DEMAND** ||

COMES NOW, Plaintiff Todd Cadwell ("Mr. Cadwell"), by and through his attorneys, Daly & Black, P.C., and for his original complaint against Auto-Owners Insurance Company ("Auto-Owners"), alleges as follows:

## GENERAL ALLEGATIONS

1.     Mr. Cadwell was insured by Auto-Owners at all times described in this Complaint.

2.     Mr. Cadwell is the owner of the subject property located at 3630 W. Alice Pl., Denver, CO 80211 (the "Property").  Mr. Cadwell is the beneficiary of a property insurance policy covering the Property issued by Auto-Owners (the "Policy").

3.      Venue is proper in this district pursuant to C.R.C.P. 98 because Mr. Cadwell was a resident of Denver County at all times relevant to this case; all activities alleged herein occurred in Denver County; and Auto-Owners is licensed to transact business in the State of Colorado.

4.      All of the acts described in this Complaint occurred in the State of Colorado under Colorado law, and involve an insurance policy governed by Colorado law.

5.      On or about May 8, 2017, a wind and/or hail storm struck the Denver, Colorado, area. During the course of the storm, Mr. Cadwell's property was severely damaged. Specifically, the roof to Mr. Cadwell's home was severely damaged, which also caused interior damage.

6.      The roof and other property needs to be replaced in its entirety.

7.      Mr. Cadwell filed a claim with his insurance company. Auto-Owners assigned the claim to an adjuster. Auto-Owners wrongfully refused to issue payment sufficient to fully repair the damage the storm caused to the Property, failed to address significant areas of damage to the Property, and failed to provide adequate payment for all coverage implicated in Mr. Cadwell's loss.

8.      Auto-Owners wrongfully denied Mr. Cadwell's claim for repairs to the Property even though the Policy provided coverage for losses such as those suffered by Mr. Cadwell. Auto-Owners also failed to adequately investigate Mr. Cadwell's claim for damages, resulting in significant and unreasonable delays in the handling of Mr. Cadwell's claim.

9.      Auto-Owners failed to perform its contractual duties to adequately compensate Mr. Cadwell under the terms of the Policy for the damages sustained by his property, although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged property and all conditions precedent to recovery upon the Policy had been carried out and accomplished

by Mr. Cadwell.  Auto-Owners's conduct constitutes a breach of the insurance contract between Auto-Owners and Mr. Cadwell.

## PLAINTIFF'S FIRST CLAIM FOR RELIEF
## (BREACH OF CONTRACT)

10.     Mr. Cadwell realleges and incorporates by reference allegations 1-9 of this Complaint as if fully set forth herein.

11.     A contract of insurance existed between Auto-Owners and Mr. Cadwell. Auto-Owners was required to pay covered claims under the contract.

12.     Auto-Owners breached its contract by, among other things, failing to pay Mr. Cadwell for his losses and by compelling Mr. Cadwell to institute litigation to recover amounts due under the agreement of insurance with Auto-Owners.

13.     As a result of Auto-Owners's actions, Mr. Cadwell has sustained damages and losses in amounts to be proved at trial.

## SECOND CLAIM FOR RELIEF
## (VIOLATION OF C.R.S. 10-3-1115 AND 1116)

14.     Mr. Cadwell realleges and incorporates by reference allegations 1-13 of this Complaint as if fully set forth herein.

15.     At all times pertinent hereto, the following statute of the state of Colorado was in effect:

**10-3-1115. Improper denial of claims – prohibited – definitions – severability.**

(1) (a) A person engaged in the business of insurance shall not unreasonably delay or deny payment of a claim for benefits owed to or on behalf of any first-party claimant.

16.     C.R.S. §10-3-1116 provides a remedy for such denial or delay of payments in the form of "reasonable attorney fees, court costs, and two times the covered benefit."

17.    Mr. Cadwell's claim was so open and obvious that any reasonable insurer would have paid the claim in full.  Auto-Owners has unreasonably denied and delayed payment to Mr. Cadwell in violation of C.R.S. §10-3-1115.

18.    Auto-Owners is subject to the provisions of C.R.S. §10-3-116 for double damages, court costs, and attorney fees in addition to those claimed elsewhere in this Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Mr. Cadwell prays for damages against Auto-Owners as follows:

1.    Damages for breach of contract, including the value of benefits Mr. Cadwell was entitled to receive under the Policy that were not provided; damages for delayed payment; consequential damages; and reasonable interest on delayed payment;

2.    Compensatory damages against Auto-Owners including economic and noneconomic damages;

3.    Double damages, court costs, and reasonable attorneys' fees incurred in prosecuting this action pursuant to C.R.S. §10-3-1116;

4.    An award of pre-judgment interest, and costs; and

5.    Such other and further relief as this Court may deem just, equitable or proper.

**A JURY IS DEMANDED AS TO ALL ISSUES HEREIN.**

Respectfully submitted April 12, 2018.

*/s/ Jonathan S. Sar*
Jonathan S. Sar, No. 44355
jsar@dalyblack.com
Sean B. Leventhal, No. 42371
sleventhal@dalyblack.com
John Scott Black, No. 50440
jblack@dalyblack.com
ecfs@dalyblack.com
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston TX 77098
Phone Number: 713-655-1405
Fax Number: 713-655-1587
**ATTORNEYS FOR PLAINTIFF**

Address of Plaintiff:
3630 W. Alice Pl.
Denver, CO 80211-1109